

**COURT OF CRIMINAL APPEALS**
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**SHARON KELLER**
PRESIDING JUDGE

**LAWRENCE E. MEYERS**
**CHERYL JOHNSON**
**MIKE KEASLER**
**BARBARA P. HERVEY**
**ELSA ALCALA**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
JUDGES

**ABEL ACOSTA**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

FILED IN COURT OF APPEALS
12th Court of Appeals District

NOV 30 2015

TYLER TEXAS
PAM ESTES, CLERK

Wednesday, November 25, 2015

District Attorney Dallas County
Susan Hawk
Appellate Section
133 N. Riverfront Blvd, LB 19
Dallas, TX 75207
* DELIVERED VIA E-MAIL *

TOMMIE LEE WILLIAMS Jr.
TDC# 1937981
ROBERTSON UNIT
12071 FM 3522
ABILENE, TX 79601

**Re:** WILLIAMS, TOMMIE LEE JR.
**CCA No.** PD-0960-15
**Trial Court Case No.** F12-24893-S

**COA No.** 12-14-00186-CR

The attached order was issued in the above case number.

Sincerely,

Abel Acosta, Clerk

cc:   Lisa McMinn (DELIVERED VIA E-MAIL)
12th Court Of Appeals Clerk (DELIVERED VIA E-MAIL)



FILED IN COURT OF APPEALS
12th Court of Appeals District

NOV 30 2015

TYLER TEXAS
PAM ESTES, CLERK



# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. PD-0960-15

### TOMMIE LEE WILLIAMS, JR., Appellant

v.

### THE STATE OF TEXAS

## ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW
## FROM THE TWELFTH COURT OF APPEALS
## DALLAS COUNTY

PER CURIAM. KEASLER and HERVEY, JJ., dissent.

### ORDER

The petition for discretionary review violates Rule of Appellate Procedure 68.4(j), and 9.4(i)(2)(D), because it does not contain a copy of the opinion of the court of appeals, and the petition exceeds the proper page limits.

The petition is struck. See Rule of Appellate Procedure 68.6.

The petitioner may redraw the petition. The redrawn petition and copies must be filed in the Court of Criminal Appeals within thirty days after the date of this order.

Filed: November 25, 2015
Do Not Publish